# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 06cv1426 |
| | ) | |
| UNITED STATES OF AMERICA, U.S. | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, MICHAEL CHERTOFF, | ) | |
| Secretary of U.S. Department of Homeland | ) | |
| Security, and U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

Presently pending before the Court is the MOTION TO DISMISS AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND EQUITABLE RELIEF, with brief in support, filed by Defendants.

On June 19, 2007, Plaintiff filed a Notice of Appeal with the United States Court of Appeals for the Third Circuit appealing the Memorandum Opinion and Order of June 11, 2007, in which the Court denied Plaintiff's request for leave to proceed in pseudonym. By Order of Court dated June 20, 2007, the Court stayed all proceedings in this case pending the disposition of Plaintiff's appeal.

Accordingly, the Motion to Dismiss is **DENIED** without prejudice to Defendant refiling same upon the disposition of Plaintiff's appeal.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Michael H. Sampson, Esquire
Reed Smith
Email: msampson@reedsmith.com

Jessica Lieber Smolar,
Assistant U.S. Attorney
Email: jessica.smolar@usdoj.gov